NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
29994
30-MAR-2011
02:27 PM**

NO. 29994

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
TALELE MIKA, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 08-1-0053)

ORDER OF CORRECTION
(By: Reifurth, J., for the court[1]/)

IT IS HEREBY ORDERED that the Memorandum Opinion filed on March 30, 2011, is corrected as follows:

On the first page, in the case caption, the parties designation is corrected so that the caption reads:

STATE OF HAWAI'I, Plaintiff-Appellee, v.
TALELE MIKA, Defendant-Appellant

On the last page of the majority opinion, in the section "On the briefs", the deputy prosecutor's party designation is corrected so that the attorney credits read:

Brian R. Vincent,
Deputy Prosecuting Attorney,
City & County of Honolulu,
for Plaintiff-Appellee.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawai'i, March 30, 2011.

Associate Judge

---

[1]/    Leonard and Reifurth, JJ., and Foley, Presiding Judge, concurring separately.